FILED
August 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003702272

2

JASON BLUMBERG, NY State Bar No. 4055257
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-44128-A-11 |
| | DC No. UST-1 |
| **TIMOTHY COXEN and** | |
| **SHANNON COXEN,** | |
| | |
| Debtors. | **Old Hearing Date:** |
| | Date:   August 22, 2011 |
| | Time: 10:00 a.m. |
| | Dept.: A |
| | Courtroom: 28, 7th Floor |
| | |
| | **New Hearing Date:** |
| | Date:   October 17, 2011 |
| | Time: 10:00 a.m. |
| | Dept.: A |
| | Courtroom: 28, 7th Floor |
| _____/ | |

**NOTICE OF CONTINUED HEARING ON MOTION OF THE UNITED STATES TRUSTEE FOR ORDER CONVERTING OR DISMISSING CASE**

TO THE HONORABLE MICHAEL S. McMANUS, U.S. BANKRUPTCY JUDGE; THE DEBTORS; DEBTORS' COUNSEL AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE**, that, based upon the agreement between the Acting United States Trustee and the Debtors, the hearing on the Motion of the United States Trustee for Order Converting or Dismissing Case has been continued to **October 17, 2011** at **10:00 a.m.**, in Courtroom 28 of the United States Bankruptcy Court, 501 "I" Street, 7th Floor, Sacramento, CA 95814.

**PLEASE TAKE FURTHER NOTICE**, that no appearance is necessary at the August 22 hearing, as the matter will be heard on October 17, 2011.

Executed at Sacramento, California on August 12, 2011.

>Respectfully submitted,
>
>  /s/ Jason Blumberg
>**JASON BLUMBERG**
>Attorney for the
>United States Trustee
>Direct Phone: (916) 930-2076
>E-Mail: jason.blumberg@usdoj.gov